IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

RECEIVED
2006 FEB -9 A 9: 54

| | |
|---|---|
| REGIS INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) CV- 1:06 CV125-MEF |
| P&C GROCERS, INC., a corporation; CHARLES PARKER, an agent of same; and CECELIA GIBBS, an individual; | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Regis Insurance Company ("Regis"), pursuant to General Order (1/14/00), Civil Misc. No. 3407, files the following statement identifying all parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates that have issued shares to the public:

1. None.

_____
Bert S. Nettles (NET-001)
Brennan C. Ohme (OHM-001)
Attorneys for Regis Insurance Company

**Of Counsel:**
HASKELL SLAUGHTER YOUNG & REDIKER, L.L.C.
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
(205) 251-1000
(205) 324-1133 (FAX)
bsn@hsy.com
bco@hsy.com

446247