IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGIS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV- 1:06CV125-MEF |
| | ) |
| P&C GROCERS, INC., a corporation; | ) |
| CHARLES PARKER, an agent of same; | ) |
| and CECELIA GIBBS, an individual, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of the plaintiff pursuant to the Federal Rules of Civil Procedure.

This summons and a copy of the complaint in this action are being served upon defendant:

**Please serve defendant by certified mail at:**

Charles Parker
c/o P&C Grocers, Inc.
136 East Reynolds
Ozark, AL 36360

### NOTICE TO DEFENDANT

The complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the complaint, to Bert S. Nettles and Brennan C. Ohme, of HASKELL SLAUGHTER YOUNG & REDIKER, LLC, the lawyers for the Plaintiff, whose address is 1400 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU (OR YOUR HOME), OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within Twenty (20) Days.

DATED 2/13/06

*Debra P. Hackett*
CLERK OF COURT

Von Austin,
Deputy Clerk

445647

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGIS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV- *1:06cv125-MEF* |
| | ) |
| P&C GROCERS, INC., a corporation; | ) |
| CHARLES PARKER, an agent of same; | ) |
| and CECELIA GIBBS, an individual, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of the plaintiff pursuant to the Federal Rules of Civil Procedure.

This summons and a copy of the complaint in this action are being served upon defendant:

**Please serve defendant by certified mail at:**

P&C Grocers, Inc.
136 East Reynolds
Ozark, AL  36360

### NOTICE TO DEFENDANT

The complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the complaint, to Bert S. Nettles and Brennan C. Ohme, of HASKELL SLAUGHTER YOUNG & REDIKER, LLC, the lawyers for the Plaintiff, whose address is 1400 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU (OR YOUR HOME), OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within Twenty (20) Days.

DATED 2/13/06

*Debra P. Hackett*
CLERK OF COURT

*[signature]*
Deputy Clerk

445646

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGIS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV- 1:06CV125-MEF |
| | ) |
| P&C GROCERS, INC., a corporation; | ) |
| CHARLES PARKER, an agent of same; | ) |
| and CECELIA GIBBS, an individual, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of the plaintiff pursuant to the Federal Rules of Civil Procedure.

This summons and a copy of the complaint in this action are being served upon defendant:

**Please serve defendant by certified mail at:**

Cecelia Gibbs
c/o Charles W. Blakeney, Esq.
P.O. Box 100
Geneva, AL 36340

## NOTICE TO DEFENDANT

The complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the complaint, to Bert S. Nettles and Brennan C. Ohme, of HASKELL SLAUGHTER YOUNG & REDIKER, LLC, the lawyers for the Plaintiff, whose address is 1400 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU (OR YOUR HOME), OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within Twenty (20) Days.

DATED 2/13/06

*Debra P. Hackett*
CLERK OF COURT

Jon Austin
Deputy Clerk

445650