**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cecilia Gibbs
c/o Charles W. Blakeney, Esq.
P.O. Box 100
Geneva, AL 36340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Debra G. Thornton_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Debra G. Thornton
C. Date of Delivery: 2/14/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06-125
   S+C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2707 1336

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154