**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Parker
c/o P&C Grocers, Inc.
136 East Reynolds
Ozark, AL 36360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Todd Parker
C. Date of Delivery: 2/14/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1:06CV125-MEF SRW

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2707 1374

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

P&C Grocers, Inc.
136 East Reynolds
Ozark, AL 36360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Todd Parker
C. Date of Delivery: 2/14/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

06cv125-SRW

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2707 1367

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540