**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **REGIS INSURANCE COMPANY,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **1:06-cv-125-MEF** |
| **P&C GROCERS, INC.,** | ) | |
| **CHARLES PARKER, and** | ) | |
| **CECILIA GIBBS,** | ) | |
| | ) | |
|     **Defendants** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant P&C Grocers, Inc. states that there are no parent companies, subsidiaries, or affiliates that have issued shares to the public.

 

Respectfully submitted,

s/ James Douglas McElvy
James Douglas McElvy (MCE006)
Attorney for Defendant P&C Grocers, Inc. and
Charles Parker

OF COUNSEL:
**AZAR & AZAR, LLC**
260 Washington Avenue
Montgomery, AL 36104
(334) 265-8551
(334) 261-3489 (fax)
dmcelvy@azarlaw.com

**CERTIFICATE OF SERVICE**

      I certify that on March 7, 2006, the foregoing was electronically filed with the Clerk of the Court of the Middle District of Alabama using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served by United States Mail, properly addressed and postage prepaid to the following:

| | |
|---|---|
| Bert S. Nettles, Esq. | Charles W. Blakeney, Esq. |
| Brennan C. Ohme, Esq. | P.O. Box 100 |
| Haskell Slaughter Young & Rediker, LLC | Geneva, AL 36340 |
| 2001 Park Place North | |
| 1400 Park Place Tower | |
| Birmingham, AL 35203 | |

                                                s/ James Douglas McElvy
                                                OF COUNSEL