IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **REGIS INSURANCE COMPANY,** | * | |
| | * | |
|     **PLAINTIFF,** | * | |
| | * | |
| **VS.** | * | **CASE NO. 1:06-CV-125-MEF** |
| | * | |
| **P & C GROCERS, INC. a corporation;** | * | |
| **CHARLES PARKER, an agent of same; and** | * | |
| **CECELIA GIBBS, an individual,** | * | |
| | * | |
|     **DEFENDANTS.** | * | |

## ENTRY OF APPEARANCE

*COMES NOW*, the undersigned attorney and hereby enters his appearance as retained counsel of record for Cecelia Gibbs, Defendant in the above styled cause. The provisions limiting the period of the undersigned's employment are that the said attorney is retained to represent the Defendant through the trial phase of the instant case only. This appearance specifically excludes representation of the Defendant on any appeal that may arise out of the aforementioned case.

Respectfully submitted this the 18th day of August, 2006.

                                                                                              **s/ Charles W. Blakeney**
                                                                                Charles W. Blakeney, BLA068
                                                                                 Attorney for Defendant Gibbs
                                                                                 Post Office Box 100
                                                                                 Geneva, Alabama 36340
                                                                                 334-684-2387

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 18th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served by United States Mail, properly addressed and postage prepaid to the following:

Hon. Brennan C. Ohme
HASKELL, CLAUGHTER, YOUNG & REDIKER. L.L.C.
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203

Hon. James Douglas McElvy
AZAR & AZAR, L.L.C.
260 Washington Avenue
Montgomery, Alabama 36104

                                         **s/ Charles W. Blakeney**
                                         Charles W. Blakeney