IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

REGIS INSURANCE COMPANY,         )
                                 )
        Plaintiff,               )
v.                               )        CASE NO. 1:06-cv-125-MEF
                                 )
P&C GROCERS, INC., *et al.,*     )
                                 )
        Defendants.              )

## AMENDED ORDER

This Court's prior Order of August 9, 2006 (Doc. # 14) is hereby amended.  Upon

consideration of the plaintiff's Motion for Summary Judgment (Doc. #13) filed on August

7, 2006, it is hereby ORDERED that the motion be submitted without oral argument on

**September 8, 2006**.  It is further ORDERED that the defendant file a response which shall

include a brief and any evidentiary materials on or before **September 1, 2006.**  The plaintiff

may file a reply brief on or before **September 8, 2006.**

*The parties are advised that if they electronically file exhibits in support of or in*

*opposition to this motion and those exhibits total more than twenty-five (25) pages, they*

*are required to submit a paper courtesy copy of the exhibits to the Chambers of the*

*undersigned.*

DONE this 24th day of August, 2006.


                            _____
                                    /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE