IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CECELIA GIBBS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>P&C GROCERS, INC., and )<br>CHARLES PARKER, )<br>individually and as an )<br>agent for P&C Grocers, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>1:05cv912-MHT |

ORDER

It is ORDERED that defendants' motion for summary judgment (doc. no. 13) is set for submission, without oral argument, on May 12, 2006, with plaintiff's brief and evidentiary materials due by said date.

DONE, this the 17th day of April, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE