MHT-ClerkA

## U.S. District Court
## Alabama Middle District (Dothan)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00912-MHT-SRW

Gibbs v. P&C Grocers, Inc. et al
Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Susan Russ Walker
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 09/23/2005
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

Cecelia Gibbs

represented by **Charles W. Blakeney**
P. O. Box 100
Geneva, AL 36340
(334) 684-2387
Fax: 684-2589
Email: blakeney@centurytel.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

P&C Grocers, Inc.

represented by **Micheal Stewart Jackson**
Beers Anderson Jackson Patty & Van Heest PC
PO Box 1988
250 Commerce Street
Suite 100
Montgomery, AL 36102-1988
334-834-5311
Fax: 834-5362
Email: mjackson@beersanderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Parker**
*individually and as an agent for P&C Grocers, Inc.*

represented by **Micheal Stewart Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2005 | 1 | COMPLAINT against all defendants (Filing fee $ 250.00 receipt number 107743.), filed by Cecelia Gibbs. (Attachments: # 1 notice of rights |

| | | |
|---|---|---|
| | | letter)(vmc, ) (Entered: 09/27/2005) |
| 09/23/2005 | | DEMAND for Trial by Jury by Cecelia Gibbs. (No PDF attached; contained within doc. 1])(vmc, ) (Entered: 09/27/2005) |
| 09/27/2005 | 2 | Summons Issued as to P&C Grocers, Inc., Charles Parker; summons and complaint mailed by cmrrr to named defendants. (vmc, ) (Entered: 09/27/2005) |
| 10/18/2005 | 3 | Summons Returned Unexecuted as to Charles Parker with the following US Postal Service notation, "returned to sender- unclaimed". Counsel for plaintiff notified by this notice and letter. (djy, ) (Entered: 10/19/2005) |
| 10/18/2005 | 4 | Summons Returned Unexecuted as to P&C Grocers, Inc with the following US Postal Service notation, "returned to sender-unclaimed". Counsel for plaintiff notified by this notice and letter. (djy, ) (Entered: 10/19/2005) |
| 12/05/2005 | 5 | Alias Summons issued as to P&C Grocers, Inc. and returned to plf counsel for personal service on defendant. (djy, ) (Entered: 12/05/2005) |
| 12/05/2005 | 6 | Alias Summons issued as to Charles Parker and returned to plaintiff counsel for personal service on defendant. (djy, ) (Entered: 12/05/2005) |
| 01/05/2006 | 7 | ANSWER to Complaint by P&C Grocers, Inc., Charles Parker.(Jackson, Micheal) (Entered: 01/05/2006) |
| 01/05/2006 | | ***Attorney Micheal Stewart Jackson for P&C Grocers, Inc. and Charles Parker added per answer filed 1/5/2006 Docket 7 (NO PDF document attached to this entry). (djy, ) (Entered: 01/09/2006) |
| 01/09/2006 | 8 | ORDER directing that the Rule 26(f) report containing the discovery plan be filed as soon as practicable, as further set out in order; Rule 26 Meeting Report due by 1/27/2006. Signed by Judge Myron H. Thompson on 1/9/06. (djy, ) (Entered: 01/09/2006) |
| 01/09/2006 | | Order entered 1/9/2006 Docket Entry 8 also sent separately due to noticing error via email to attorney Michael Jackson. (NO PDF document attached to this notice) (djy, ) (Entered: 01/09/2006) |
| 01/11/2006 | 9 | SUMMONS Returned Executed P&C Grocers, Inc. served on 12/28/2005 by process server, answer due 1/17/2006. (djy, ) (Entered: 01/12/2006) |
| 01/20/2006 | 10 | REPORT of Rule 26(f) Planning Meeting. (Blakeney, Charles) (Entered: 01/20/2006) |
| 01/23/2006 | 11 | Attorney General's acceptance and waiver. (djy, ) (Entered: 01/24/2006) |
| 01/25/2006 | 12 | SCHEDULING ORDER setting Pretrial Conference set for 11/29/2006 before Honorable Myron H. Thompson; Jury Trial set for 1/8/2007 before Honorable Myron H. Thompson; setting Amended Pleadings due by 4/28/2006; setting Discovery due by 9/15/2006; setting dispositive Motions due by 8/31/2006; Mediation Notice due by 9/26/2006, as further set out in order. Signed by Judge Myron H. Thompson on 1/25/06. Furnished to: YG, HC & SC(djy, ) (Entered: 01/25/2006) |

| | | |
|---|---|---|
| 04/13/2006 | 13 | MOTION for Summary Judgment by P&C Grocers, Inc., Charles Parker. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Jackson, Micheal) (Entered: 04/13/2006) |
| 04/13/2006 | 14 | BRIEF/MEMORANDUM in Support re 13 MOTION for Summary Judgment filed by P&C Grocers, Inc., Charles Parker. (Jackson, Micheal) [Modified on 4/19/2006 to replace the pdf. The original pdf had page 2 and 3 out of order.-DMN] (Entered: 04/13/2006) |
| 04/17/2006 | 15 | ORDER re 13 MOTION for Summary Judgment filed by P&C Grocers, Inc. and Charles Parker. Motion Submission Deadline set for 5/12/2006 without oral argument, with plaintiff's brief and evidentiary materials due by said date. Signed by Judge Myron H. Thompson on 4/17/2006. (dmn) (Entered: 04/17/2006) |
| 04/19/2006 | 16 | NOTICE of Correction re 14 BRIEF/MEMORANDUM in Support. This notice is docketed to enter the corrected pdf of the referenced document into the record. The original pdf had page 2 and 3 out of order. (Attachments: #(1) Corrected pdf of Brief in Support) (dmn) (Entered: 04/19/2006) |
| 05/12/2006 | 17 | RESPONSE in Opposition re 13 MOTION for Summary Judgment filed by Cecelia Gibbs. (Attachments: # 1 Brief in Response to Motion for Summary Judgment# 2 Exhibit Exhibit A-Deposition of Plaintiff# 3 Exhibit Exhibit B-Deposition of Defendant Parker# 4 Exhibit Exhibit C-Affidavit of April Crosby# 5 Exhibit Exhibit D-Affidavit of Jason Crosby# 6 Exhibit Exhibit E-Affidavit of Max Motley)(Blakeney, Charles) (Entered: 05/12/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2006 16:37:42 | | | |
| PACER Login: | hs0688 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00912-MHT-SRW |
| Billable Pages: | 2 | Cost: | 0.16 |