IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| REGIS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:06-cv-125-MEF |
| ) | |
| P&C GROCERS, INC., a corporation; ) | |
| CHARLES PARKER, an agent of same; and ) | |
| CECELIA GIBBS, an individual; ) | |
| ) | |
| Defendants. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE
AND MEDIATION**

Plaintiff Regis Insurance Company ("Regis"), pursuant to § 3 of the Uniform Scheduling Order in the above-styled action, files this Notice Concerning Settlement Conference and Mediation, stating as follows:

1. On November 14, 2006, at approximately 3:00 p.m., J. Douglas McElvy (counsel for Defendants P&C Grocers, Inc. and Charles Parker) and Brennan C. Ohme (counsel for Plaintiff Regis) met at Sunny Food Store # 9, Exit 219, Interstate 65, Chilton County, Alabama, for a face-to-face settlement conference.[1]

---

[1] Due to a trial conflict, Charles W. Blakeney (counsel for Defendant Cecelia Gibbs) was not able to attend in-person. However, Mr. Blakeney did participate via cellular conference call.

2. The parties were not able to reach a settlement agreement.

3. The parties do not believe mediation will assist them in resolving this case short of trial.

*s/ Brennan C. Ohme*
Bert S. Nettles (NET-001)
Brennan C. Ohme (OHM-001)
Attorneys for Regis Insurance Company

**Of Counsel:**
HASKELL SLAUGHTER YOUNG & REDIKER, L.L.C.
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
(205) 251-1000
(205) 324-1133 (FAX)
bsn@hsy.com
bco@hsy.com

## CERTIFICATE OF SERVICE

      I certify that on NOVEMBER 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served by United States Mail, properly addressed and postage pre-paid, to the following:

James Douglas McElvy
AZAR & AZAR, LLC
260 Washington Avenue
Montgomery, AL 36104

Charles W. Blakeney
P.O. Box 100
Geneva, AL 36340

                                          *s/ Brennan C. Ohme*
                                          Brennan C. Ohme
                                          HASKELL SLAUGHTER YOUNG &
                                          REDIKER, L.L.C.
                                          2001 Park Place North
                                          1400 Park Place Tower
                                          Birmingham, Alabama 35203
                                          (205) 251-1000
                                          (205) 324-1133 (FAX)
                                          bsn@hsy.com
                                          bco@hsy.com

472203