IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGIS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-125-MEF |
| | ) | |
| P&C GROCERS, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Supplement to Reply in Support of Plaintiff's Motion for Summary Judgment (Doc. #20) filed on November 13, 2006, it is hereby

ORDERED that the motion is GRANTED to and including November 28, 2006.

DONE this the 15th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE