IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGIS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-125-MEF |
| | ) | |
| P&C GROCERS, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File Response to Supplement (Doc. #25) filed on November 22, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 28th day of November, 2006.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE