IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGIS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-125-MEF |
| | ) | |
| P&C GROCERS, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It is hereby ORDERED that this case is set for a status conference on Friday, January 5, 2007, at 9:00 A.M. by conference call arranged by counsel for the plaintiff.

DONE this 3rd day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE