IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGIS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-125-MEF |
| | ) | |
| P&C GROCERS, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The Court held a status conference in this case on January 5, 2007. It is hereby ORDERED that:

1. The trial and pretrial hearing are continued to the July 30, 2007 trial term, and a separate amended scheduling order will be entered.

2. Counsel shall file a joint status report on or before February 6, 2007 as to any claims remaining in this case.

In light of the related case set for trial on January 8, 2007 (*Gibbs v. P&C Grocers, Inc.*, 1:05cv912-MHT) before United States District Judge Myron H. Thompson, which the parties have indicated will likely resolve certain claims in this case, the Court withholds ruling on the dispositive motions pending the trial before Judge Thompson.

DONE this the 5th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE