IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGIS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-125-MEF |
| | ) | |
| P&C GROCERS, INC., a corporation; CHARLES PARKER, an agent of same; and CECELIA GIBBS, an individual; | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 5, 2007, Order (Doc. # 29), the parties file this Joint Status Report informing the Court that the underlying action, Gibbs v. P&C Grocers, Inc., 1:05cv912-MHT, has been resolved. Accordingly, the issues before the Court in the above-styled action are now moot.

                                              *s/ Brennan C. Ohme*
                                              Bert S. Nettles (NET-001)
                                              Brennan C. Ohme (OHM-001)
                                              Attorneys for Regis Insurance Company

**Of Counsel:**
HASKELL SLAUGHTER YOUNG & REDIKER, L.L.C.
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
(205) 251-1000
(205) 324-1133 (FAX)
bsn@hsy.com
bco@hsy.com

*s/ James Douglas McElvy*
James Douglas McElvy
Attorney for Defendants P&C Grocers, Inc., and Charles Parker

**Of Counsel:**
AZAR & AZAR, LLC
260 Washington Avenue
Montgomery, AL 36104

*s/ Charles W. Blakeney*
Charles W. Blakeney
Attorney for Defendant Cecelia Gibbs

**Of Counsel:**
Charles W. Blakeney
P.O. Box 100
Geneva, AL 36340

476593