IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGIS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-125-MEF |
| ) | |
| P&C GROCERS, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The parties have informed the Court that the underlying action has been resolved and that the issues before the Court in this cause are moot. Accordingly, it is hereby ORDERED that:

1. The parties shall file a joint stipulation of dismissal on or before **January 19, 2007**.

2. All other deadlines set by and proceedings before Chief United States District Judge Mark E. Fuller in this action are CONTINUED generally until further Order of this Court.

DONE this the 11th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE