IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGIS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-125-MEF |
| | ) | |
| P&C GROCERS, INC., a corporation; CHARLES PARKER, an agent of same; and CECELIA GIBBS, an individual; | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Court's January 11, 2007, Order (Doc. # 31), Plaintiff and Defendants stipulate that all claims in the above-styled action are to be dismissed with prejudice. Each party is to bear its own costs.

_____
Bert S. Nettles (NET-001)
Brennan C. Ohme (OHM-001)
Attorneys for Regis Insurance Company

**Of Counsel:**
HASKELL SLAUGHTER YOUNG & REDIKER, L.L.C.
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
(205) 251-1000
(205) 324-1133 (FAX)
bsn@hsy.com
bco@hsy.com

_[signature]_
James Douglas McElvy
Attorney for Defendants P&C Grocers, Inc.,
and Charles Parker

**Of Counsel:**
AZAR & AZAR, LLC
260 Washington Avenue
Montgomery, AL 36104

                                                                  /s/ Charles W. Blakeney  
                                                                  Charles W. Blakeney  
                                                                 Attorney for Defendant Cecelia Gibbs

**Of Counsel:**
Charles W. Blakeney
P.O. Box 100
Geneva, AL 36340

476831