# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 23, 2007

# NOTICE OF CORRECTION

**From:**   **Clerk's Office**

**Case Style:**   **Regis Insurance Company v. P&C Grocers, Inc. et al**

**Case Number:**    **1:06cv00125-MEF**

**This Notice of Correction was filed in the referenced case this date to attach the Civil Appeals Checklist PDF document previously omitted.**

**The additional PDF document is attached to this notice for your review.   Reference is made to document # 33 attachment #1   filed on   January 23, 2007.**